IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOYCE GILMORE,            )<br>                           )<br>    Plaintiff,             )<br>                           )            CIVIL ACTION NO.<br>    v.                     )              2:14cv689-MHT<br>                           )                  (WO)<br>RDIC, LLC, and            )<br>RUSSELL LANDS, INC.,       )<br>                           )<br>    Defendants.            ) | |

## ORDER

It is ORDERED that the motion to dismiss (doc. no. 6), motion to stay (doc. no. 6), motion to disqualify (doc. no. 6), and motion for sanctions (doc. no. 10) are set for submission, without oral argument, on October 24, 2014, with any opposition briefs due by October 17, 2014, and any replies to the opposition due by October 24, 2014.

DONE, this the 6th day of October, 2014.

                                      /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**