IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOYCE GILMORE,                   )
                                 )
     Plaintiff,                  )
                                 )     CIVIL ACTION NO.
     v.                          )       2:14cv689-MHT
                                 )           (WO)
RDIC, LLC, and                   )
RUSSELL LANDS, INC.,             )
                                 )
     Defendants.                 )
```

### JUDGMENT

Having considered the plaintiff's motion to dismiss Russell Lands, Inc., as a defendant, and finding the motion proper under Fed. R. Civ. P. 41(b), it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The motion to dismiss (doc. no. 31) is granted. The court assumes that the defendants have no objection to the motion; however, if there is any objection, the objecting party must file a brief with the court explaining the objection within seven days of the date of this order.

(2) Defendant Russell Lands, Inc. is dismissed without prejudice and terminated as a party, with costs taxed as paid. All claims against the other defendant remain.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 21st day of April, 2015.

                                          /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE