IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOYCE GILMORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv689-MHT |
| | ) | (WO) |
| RDIC, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION AND ORDER

Pending before the court is the recommendation of the United States Magistrate Judge that the plaintiff's motion for summary judgment be denied. No objections have been filed. Upon an independent and de novo review of the record and upon consideration of the recommendation, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The recommendation of the magistrate judge (doc. no. 61) is adopted.

2. Plaintiff's motion for summary judgment (doc. no. 50) is denied.

3. This case is referred back to the magistrate judge for further proceedings.

DONE, this the 3rd day of May, 2016.

                                       /s/ Myron H. Thompson  
                                     **UNITED STATES DISTRICT JUDGE**